**DISMISS and Opinion Filed December 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00858-CV**

**BYRON HUTCHINGS, ANITA HUTCHINGS, HAYLEY HUTCHINGS,**
**AND HUNTER HUTCHINGS, Appellants**
**V.**
**MELROSE ACQUISITION, L.L.C., A SUBSIDIARY OF**
**MAXUS PROPERTIES, L.L.C., Appellee**

**On Appeal from the Justice Court Precinct 3, Place 2**
**Dallas County, Texas**
**Trial Court Cause No. JE-19-0002N**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Goldstein, and Smith
Opinion by Justice Goldstein

In their notice of appeal, appellants state they are appealing from the justice court's failure to issue an order. In a related appeal, appellate cause number 05-21-00857-CV, we questioned our jurisdiction over the appeal that also arose from justice court. As requested, appellants filed a letter brief in that appeal and filed it in this appeal as well. Accordingly, we address our jurisdiction over this appeal.

A court of appeals lacks jurisdiction over direct appeals from a justice court. *See Ortiz v. Scott*, No. 07-05-0378-CV, 2005 WL 2777371, at *1 (Tex. App.—Amarillo Oct. 26, 2005, no pet.) (mem. op.). Nothing in appellants' letter brief

supports a contrary conclusion. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).



/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


210858F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BYRON HUTCHINGS, ANITA
HUTCHINGS, HAYLEY
HUTCHINGS, AND HUNTER
HUTCHINGS, Appellants

No. 05-21-00858-CV          V.

MELROSE ACQUISITION, L.L.C.,
A SUBSIDIARY OF  MAXUS
PROPERTIES, L.L.C., Appellee

On Appeal from the Justice Court
Precinct 3, Place 2, Dallas County,
Texas
Trial Court Cause No. JE-19-0002N.
Opinion delivered by Justice
Goldstein. Justices Pedersen, III and
Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 3, 2021

–3–